# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ERIC JOHNSON | ) | Case No. 23 B 02763 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

ERIC JOHNSON  
13660 S RIDGEWAY AVE  
ROBBINS, IL 60472

MICHAEL B DEDIO  
via Clerk's ECF noticing procedures

Please take notice that on September 07, 2023 at 10:30 am., I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss case for unreasonable delay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

> **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
> **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
> **Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on August 30, 2023.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ERIC JOHNSON | ) | Case No. 23 B 02763 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Thomas H. Hooper, Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(1), and in support thereof respectfully states the following:

1. On March 01, 2023 the debtor(s) filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. A plan has not been confirmed in this case.

3. The debtor(s) has caused unreasonable delay that is prejudicial to creditors by failing to:

   Failure to file a confirmable plan within a reasonable period of time.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900