## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ERIC JOHNSON | ) | Case No. 23 B 02763 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for January 04, 2024 10:30 am, for the following:

The plan fails to address the following secured claim(s) as required by 11 U.S.C. §§ 1325(a)(1) and/or 1325(a)(5): Court's Claim #3-1 Santander Consumer USA Inc.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: December 21, 2023                                              /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   ERIC JOHNSON | ) | Case No. 23 B 02763 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Besira Nikolla, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

MICHAEL B DEDIO                                                         (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                  (via CM/ECF)
United States Trustee

ERIC JOHNSON                                                             (via U.S. Postal Service)
13660 S RIDGEWAY AVE
ROBBINS, IL 60472
*Debtor*

Dated: December 21, 2023                                              /s/ Besira Nikolla
                                                                                     _____
                                                                                     Besira Nikolla
                                                                                     Office of the Chapter 13 Trustee
                                                                                     55 E. Monroe St., Suite 3850
                                                                                     Chicago, IL 60603
                                                                                     (312) 294-5900